PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Quaheem Lamar Edwards     Cr.: 21-00130-001 (JMV)
    PACTS #: 40482

Name of Sentencing Judicial Officer:    HONORABLE SAMUEL G. WILSON, U.S DISTRICT JUDGE, WESTERN DISTRICT OF VIRGINIA

Date of Original Sentence:     March 4, 2005

Original Offense:    Count 1: Conspiracy to Possess with Intent to Distribute More Than 50 Grams of Cocaine Base, in violation of 21 USC 846;
Count 41: Use of Physical Force to Intimidate a Federal Witness, in violation of 18 USC 1512(a)(2)(C);
Count 43: Possession of a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 USC 942(c)(1)(A).

Original Sentence: Two Hundred and Sixty-Four (264) months custody, followed by five (5) years supervised release.  On June 3, 2013, an amended Judgment ordered Two Hundred and Twenty-Two (222) months custody.  On June 19, 2015, a sentence reduction was ordered reducing custody to One Hundred and Ninety-Four (194) months.

Special Conditions: $1,500 Fine; Access to Any Requested Financial Information; No New Lines of Credit; Substance Abuse Treatment and Testing; No Firearms; Search Condition; and Mental Health Treatment

Violation Action:  September 29, 2020, supervised release was revoked due to illegal drug use (marijuana).  Sentenced to Time Served (97 days), and to continue on the original term of supervised release.

Transfer of Jurisdiction:  February 9, 2021

Reassigned Judicial Officer:  HONORABLE JOHN E. VAZQUEZ, U.S. DISTRICT JUDGE, DISTRICT OF NEW JERSEY

Type of Supervision: Supervised Release     Date Supervision Commenced: March 22, 2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

    1.     Quaheem Edwards violated the following mandatory condition of supervised release: "The defendant shall not commit another federal, state or local crime." On April 27, 2022, he was arrested by officers from the Wayne Police Department.

U.S. Probation Officer Action:

On April 27, 2022, a police officer on patrol from the Wayne Police Department observed a dark blue Lexus with an expired Georgia registration. Upon conducting a motor vehicle stop, Quaheem Edwards was found to be operating the vehicle with his son (Age 1) in the backseat in a child car seat. When the officer requested his driver's license, registration and insurance card, Mr. Edwards provided his identification only and could not produce registration or insurance information.

According to the arrest report, the police officer confirmed the expired vehicle registration through dispatch and checked Mr. Edward's driver's license through NCIC which produced a positive result for a suspended driver's license, as well as an outstanding warrant that was issued in 2021 for Failure to Appear in Court stemming from a summons from Wayne Township for operating a vehicle with a suspended driver's license. Mr. Edwards reported to police that he borrowed the vehicle to drive his girlfriend to work and he had no one to watch their baby. Notably, the officer also noticed that Edward's son was not properly secured in the child car seat.

After making arrangements for a valid driver to remove the vehicle from the road, Mr. Edwards was arrested and taken into custody without incident. Since Mr. Edwards had no one to pick up and care for his son the police officer transported Mr. Edwards and his son to Wayne Police Department.

Once processed, Mr. Edwards and his baby were escorted to the Wayne Police Violation's Bureau where he was released on his own recognizance and given a new court date of May 12, 2022, at 3:30PM. He was also issued the following summonses:

1614 E22 004919 39:3-40.1 Operating during license suspension
1614 E22 004920 39:3-10B Driving without license
1614 E22 004921 39:3-4 Unregistered
1614 E22 004922 39:3-29B Fail to possess Registration
1614 E22 004923 39:3-29C Fail to possess Insurance Card
1614 E22 004931 39:3-76.2A(A) failure to secure child under 2 years old

Mr. Edwards reported the above-noted arrest to Probation within 72 hours as required and reported he made a mistake and should not have been driving without a valid driver's license. Mr. Edwards advised he borrowed the vehicle from a childhood friend who did not realize the registration had expired in mid-April 2022. On April 27, 2022, he advised he dropped his girlfriend at Shake Shack in Wayne, New Jersey and on his way back home, he was pulled over by Wayne police. Mr. Edwards is aware of the local court appearance and Probation will continue to monitor the disposition of the charges.

Notably, Mr. Edwards is presently unemployed and is job seeking. Recently, his girlfriend secured employment at Shake Shack in Wayne, and she is currently the sole financial support for their family. They maintain a personal residence together with their two children in Paterson, New Jersey; however, he reported they are behind two months in rental arears. As of May 2022, the rental arears is $3,000 and they are working with the landlord on a payment plan and are also applying for rental program assistance through the State of New Jersey. Mr. Edwards reported that his girlfriend did not have any transportation to work on April 27, 2022, so he borrowed a vehicle to drive her since they could not afford her missing a shift. Mr. Edwards was verbally reprimanded for driving with a suspended license and was warned against driving in the future without a valid driver's license.

With regard to the remaining conditions of supervision, Mr. Edwards continues to attend outpatient substance abuse treatment and is abstaining from the use of illegal substances. He is presently job seeking and his efforts are being monitored. Notably, the fine obligation imposed at sentencing was satisfied as of February 24, 2022.

Prob 12A – page 3
Quaheem Lamar Edwards

At this time, we are respectfully requesting no action be taken against Mr. Edwards. The Probation Office will continue to monitor his participation in outpatient substance abuse treatment, his abstinence from all illegal substances, job seeking efforts, attendance of local court appearances, along with the remaining conditions of supervision.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carrie H. Borona*

By:   CARRIE H. BORONA
U.S. Probation Officer

/ cb

APPROVED:

*Kevin M. Villa*                          05/02/2022

KEVIN M. VILLA                            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

5/4/2022
_____
Date